John Reed Pearson, Appellant, v. James W. Archibald *et al.*, Appellees.

*In Banc.*

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

Doggett & VanDeman and Cooper & Cooper for appellant.

Alex. W. Smith, Wm. B. Young and E. J. L'Engle for appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants and the complainant appeals. Appeal dismissed by the clerk, on præcipe of counsel for the appellant, under Rule 24.